# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2003

AO-10 (w)
Rev. 1/2002

*Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McLaughlin, Sean J. | United States District Court | 05/12/2004 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> Article III Judge - Active | 5. Report Type (check type) <br><br> ___ Nomination, Date ___ / / ___ <br><br> ___ Initial  X Annual  ___ Final | 6. Reporting Period <br><br> 01/01/2003 <br> to <br> 12/31/2003 |

| 7. Chambers or Office Address <br><br> 17 South Park Row <br><br> Room A-250 <br><br> Erie, PA 16501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| X NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

RECEIVED 2004 JUN -1 A 11:39 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ___ NONE (No reportable non-investment income.) | | |
| 1 2002 | Weber Realtors | |
| 2 | | |
| 3 | | |
| 4 | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>McLaughlin, Sean J. | Date of Report<br>05/12/2004 |
|---|---|---|

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS
*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES
*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | PNC | Mortgage on Investment Properties in Erie, PA (See Part VII) | K |
| 2 | MASTERCARD (MBNA) | Credit Card | K |
| 3 | Capital One | Credit Card | J |
| 4 | | | |
| 5 | | | |
| 6 | | | |

\* VAL CODES:J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
     O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Lot 1, Erie, PA 25% | | None | K | W | | | | | |
| 2 Lot 2, Erie, PA 25% | | None | K | W | | | | | |
| 3 Lot 3, Erie, PA 25% | | None | K | W | | | | | |
| 4 Lot 4, Erie, PA 25% | B | Rent | K | W | | | | | |
| 5 Exeter Fund-Blended Assets Ser.II Cl.A (IRA) | C | Dividend | N | T | | | | | |
| 6 Exeter Fund-Blended Assets Ser.II Cl.A | A | Dividend | K | T | Partial Sale | 8/03 | J | | |
| 7 | | | | | Partial Sale | 10/03 | K | | |
| 8 Merrill Lynch | | | | | | | | | |
| 9 -Money Market Fund | A | Interest | J | T | | | | | |
| 10 -Tollgrade Communications Inc. (Common) | | None | J | T | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)   U=Book Value    V=Other    W=Estimated

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McLaughlin, Sean J. | 05/12/2004 |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature ███████████████     Date 5/11/04

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

    Committee on Financial Disclosure
    Administrative Office of the United States Courts
    One Columbus Circle, N.E.
    Suite 2-301
    Washington, D.C. 20544